■ In the Matter of COMMISSIONER OF SOCIAL SERVICES, as Assignee of RAMONA B., Respondent, v ROBERT R., Appellant. — Appeal from an order of filiation of the Family Court, Richmond County, dated July 16, 1979, dismissed, without costs or disbursements. That order is reviewed upon the appeal from the order of filiation and support of the same court, dated October 29, 1979. Order dated October 29, 1979, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Gulotta, O'Connor and Weinstein, JJ., concur.